UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ICICLE SEAFOODS, INC, <br><br> Plaintiff, <br><br> v. <br><br> FRANKIE MARSHALL, <br><br> Defendant. | CASE NO. C18-761 MJP <br><br> ORDER OF DISMISSAL |

Having read the Parties' Stipulation to an Order of Dismissal (Dkt. No. 14), the Court GRANTS the stipulation and DISMISSES this matter with prejudice and without costs because the named parties have reached settlement in this matter.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 22, 2019.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1